UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 13-33108-DHW
                                                     Chapter 13
VANESSA WASHINGTON
      XXX-XX-3982


       Debtor

## CHAPTER 13 NOTICE OF
## COMPLETION OF CHAPTER 13 PAYMENTS

Comes now the Chapter 13 Trustee in the above styled case and hereby gives notice of the debtor's completion of the Chapter 13 plan payments pursuant to 11 USC §1328(a).
Done Monday, January 25, 2016.

Office of the Chapter 13 Trustee                     */S/ Curtis C. Reding*
P. O. Box 173                                        Curtis c. Reding, Trustee
Montgomery, AL  36101
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com


## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that I have served a copy of the foregoing CHAPTER 13 NOTICE OF COMPLETION OF CHAPTER 13 PAYMENTS on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed.

Done, Monday, January 25, 2016.

                                                     */S/ Curtis C. Reding*
                                                     Curtis c. Reding, Trustee

cc: Debtor (s)
    Debtor Attorney
    All Creditors